```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

PAUL ANDERSON,

         Plaintiff,

    -against-

CITY OF NEW YORK, GABRIEL VAZQUEZ (Shield No. 112), "JOHN" BESOM, and JOHN and JANE DOE 1 through 10, individually and in their official capacities, (the names John and Jane Doe being fictitious, as the true names are presently unknown),

         Defendants.

STIPULATION OF ENLARGEMENT OF TIME FOR DEFENDANT CITY OF NEW YORK TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

08 CV 49 (MGC)(RLE)

------------------------------------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that defendant City of New York shall have until April 4, 2008, to answer or otherwise respond to the complaint.

Dated: New York, New York
    February 1, 2008

BRETT H. KLEIN, ESQ.
Leventhal & Klein, L.L.P.
*Attorney for Plaintiff*
45 Main Street
Suite 230
Brooklyn, New York 11201

By: _____
  Alison E. Gugel, Esq. (AG 3698)

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
*Attorney for Defendant City of New York*
100 Church Street
New York, New York 10007

By: _____
  Gabriel Harvis (GH 2772)
  Assistant Corporation Counsel

SO ORDERED:

_____
Miriam Goldman Cedarbaum, U.S.D.J.

February 6, 2008