%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern **District of** New York

Paul Anderson

V.

City of New York, Gabriel Vazquez, E. Besom,
John and Jane Does 1 through 10

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 0049**

**JUDGE CEDARBAUM**

TO: (Name and address of Defendant)

Sergeant Gabriel Vazquez (Shield No. 112)
c/o NYC Department of Parks and Recreation, Parks Enforcement Patrol
The Arsenal
830 5th Avenue
N.Y. N.Y. 10021

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leventhal & Klein, LLP
45 Main Street, Suite 230
Brooklyn, NY 11201

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

DATE  JAN 0 3 2008

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | April 29, 2008 at 3:05pm |
| NAME OF SERVER (PRINT) Barry German | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: c/o NYC Dept. of Parks & Recreation Parks Enforcement Patrol - The Arsenal 830 5th Ave - 3rd Floor New York, NY 10021

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served upon Diane Caraballo, co-worker of the defendant. F, W, Red, 38, 5'5, 135 glasses

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 29, 2008
Date

X _____
Signature of Server  Barry German - 982866

8685 17th Ave Brooklyn NY 11214
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.